## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

YAHIA KHELIFA,
      Plaintiff,

                                      Case No. 06-10147

v.                                  Hon. Gerald E. Rosen

MICHAEL CHERTOFF, *et al.,*
      Defendants.
_____/

## ORDER OF REMAND

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____June 9, 2006_____

PRESENT:  Honorable Gerald E. Rosen
                   United States District Judge

      The Court having this day issued an opinion and order granting in part Defendants'

motion to dismiss or remand,

      NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

DECREED that this case be, and hereby is, REMANDED to the U.S. Citizenship and

Immigration Services for a prompt determination of Plaintiff's application for

naturalization within ***ninety (90) days*** of the date of this order.

Dated:  June 9, 2006

                         s/Gerald E. Rosen_____
                         Gerald E. Rosen
                         United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 9, 2006, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager